UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JEREMIAH BALLEW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 3:20-CV-490-RLJ-HBG |
| | ) |
| KNOX COUNTY, | ) |
| SGT. KIDD, | ) |
| RONNIE LEE, | ) |
| OFFICER CRAIN, | ) |
| CPL. HARVEY, | ) |
| OFFICER POTTER, | ) |
| OFFICER HAMLIN, | ) |
| OFFICER MOORE, | ) |
| OFFICER SMITH, | ) |
| OFFICER HALL, and | ) |
| OFFICER THORNBERRY, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum Opinion filed herewith, Defendants' motions for summary judgment [Docs. 43 and 44] are **GRANTED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

**IT IS SO ORDERED.**

ENTER:
  s/ Leon Jordan
  United States District Judge

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT